United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Christopher L. Cato, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:24-cv-5091 |
| | § | |
| HCC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff, proceeding *pro se* and *in forma pauperis*, sued Defendants for employment discrimination, negligence, and violations of his constitutional rights. *See generally* Doc. 8; *see also* Doc. 48 at 2–3, 12. The case was referred to United States Magistrate Judge Yvonne Y. Ho. Doc. 36. Thereafter, Defendants Houston City College and the Harris County Sheriff's Office filed a Joint Motion to Dismiss. Doc. 47. Magistrate Judge Ho then issued a report recommending that Defendants' Motion be granted and that Plaintiff's claims be dismissed with prejudice for failure to prosecute and failure to comply with court orders. Doc. 48 at 12. Defendant objected to the report. Doc. 51.

The court reviews the objected-to portions of a Magistrate Judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). When there have been

no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Here, Magistrate Judge Ho recommends dismissal because Plaintiff repeatedly and unjustifiably failed to participate in discovery and to comply with court orders. Doc. 48 at 8–12. On multiple occasions, Magistrate Judge Ho warned Plaintiff that this conduct may result in dismissal of his claims. *See* Docs. 38, 42, 45. Plaintiff did not heed those warnings. Nor did Plaintiff respond to the Order to show cause why his claims should not be dismissed. *See* Doc. 48 at 11. Accordingly, the Court agrees that dismissal with prejudice is appropriate.

Plaintiff's objections, Doc. 51, do not change the Court's analysis. The objections are nearly incomprehensible and thus fail to specifically identify the findings objected to. *See generally* Doc. 51; *Nettles*, 677 F.2d at 410 n.8. But even to the extent that the objections are legible, Plaintiff does not provide a convincing reason not to dismiss this case.

Having reviewed Magistrate Judge Ho's report and being satisfied that there is no error, the Court adopts the report's findings and recommendations. Defendants Joint Motion to Dismiss, Doc. 47, is GRANTED. All claims in this action are DISMISSED WITH PREJUDICE. Any pending motions are DENIED as moot.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 30th of September, 2026.

Nicholas J. Ganjei
United States District Judge